### 36693. ZELENY v. SILVERS et al.

UNDERCOFLER, Chief Justice.

The jury in this case returned a verdict in favor of Sam Silvers on his third-party complaint against his former wife, Jean Zeleny. She appeals on the ground the evidence does not support the judgment.

After a careful reading of the transcript, we conclude that there is some evidence from which the jury could conclude that Ms. Zeleny converted the money to her own use.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 19, 1980 — DECIDED NOVEMBER 5, 1980.

*Little & Adams, Robert B. Adams,* for appellant.
*Mitchell, Mitchell, Coppedge, Boyett, Wester & Bates, William T. Boyett,* for appellees.